UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KYLE JAMES PORVAZNIK,<br>a/k/a KYLE J. PORVAZNIK,<br>a/k/a KYLE PORVAZNIK, and<br>GINA MARIE PORVAZNIK,<br>a/k/a GINA M. PORVAZNIK,<br>a/k/a GINA PORVAZNIK,<br>a/k/a GINA MARIE SOLDRIDGE,<br>a/k/a GINA M. SOLDRIDGE,<br>a/k/a GINA SOLDRIDGE, | CASE NO. 22-01065 |
| Debtor(s) | |

**AFFIDAVIT OF DISINTERESTEDNESS
OF WRONGFUL TERMINATION COUNSEL**

I hereby swear and affirm that:

1. I am an Attorney with the office of Rick Stock Law, licensed to practice law in all applicable jurisdictions.

2. I maintain an office at 50 North 5th Street, 4th Floor, Reading, PA 19601.

3. I have been engaged to represent Gina Porvaznik with respect to a Wrongful Termination lawsuit against Family Dollar Stores of Pennsylvania, LLC.

4. To my knowledge, I have no conflict of interest with respect to the Debtor, her creditors or their attorneys.

5. I represent no interest adverse to the Debtors or the bankruptcy in the matters upon which I am to be engaged.

6. I am a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code.

7. The fees to be charged by Rick Stock Law are set forth in the Contingent Fee and Arbitration Agreement attached hereto as Exhibit "A" and incorporated herein by this reference.

Rick Stock Law

By: /s/ Edwin L. Stock, Esq.
Edwin L. Stock, Esq.
50 North 5th Street, 4th Floor
Reading, PA 19601